**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Barry Allen Evans, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-001863

---

**ON WRIT OF CERTIORARI**

---

Appeal from Anderson County
R. Lawton McIntosh, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-071
Submitted September 15, 2015 – Filed December 2, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Assistant Attorney General John Walter Whitmire and Attorney General Alan McCrory Wilson, both of Columbia, for Respondent.

**PER CURIAM:**  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**